UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DARLINGTON JOEY NWAGBOLI,
                                    Plaintiff(s),

          -against-

TEAMWORK TRANSPORTATION CORP., et al.,
                                   Defendant(s).
----------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-04-08

08 civ 4562 (JGK)

**ORDER**

      A conference in this action was scheduled for **September 3, 2008.** None of the parties were present at the conference.

      The conference is adjourned to **Wednesday, September 24, 2008 at 4:30pm.** If the parties fail to appear at the conference on **September 24, 2008,** the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 3, 2008